# The Jerome N. Frank Legal Services Organization
YALE LAW SCHOOL

August 3, 2018

**VIA ECF**

The Honorable Steven C. Mannion
United States Magistrate Judge
MLK Building Room 2B
50 Walnut Street
Newark, NJ 07101

        Re:    *Suny Rodriguez Alvarado & A.S.R. v. United States of America*
               2:16-cv-05028 (MCA) (SCM)

Dear Judge Mannion:

      The undersigned counsel are pleased to write jointly to inform the Court that the parties have reached an agreement in principle to settle all claims alleged in Plaintiffs' Complaint. *See* ECF No. 1. The parties anticipate finalizing the settlement in the coming days and will then seek the Court's approval through a "friendly" hearing, given Plaintiff A.S.R's status as a minor.

      Accordingly, the parties respectfully request that the Court adjourn, *sine die*, the telephonic status conference currently scheduled for August 24, 2018. *See* ECF No. 65. In addition, the parties request that the Court hold in abeyance the Consent Motion to Permit Appearances of Supervised Law Students, ECF No. 69, and the parties' joint discovery dispute letter, ECF No. 70, pending the finalizing of the settlement.

      Please do not hesitate to contact any of us should Your Honor have any questions or concerns. Thank you for your kind consideration throughout the course of this matter.

Respectfully submitted,

| | |
|---|---|
| s/ Muneer I. Ahmad | s/ Lawrence S. Lustberg |
| Rebecca Brown, Law Student Intern | Lawrence S. Lustberg, Esq. |
| Trini Gao, Law Student Intern | (0000000202370) |
| Aseem Mehta, Law Student Intern | Farbod K. Faraji, Esq. (263272018) |
| Peter Menz, Law Student Intern | Gibbons P.C. |
| Andrea Taverna, Law Student Intern | One Gateway Center |
| Reena Parikh, Supervising Attorney (048202011) | Newark, New Jersey 07102 |
| Muneer I. Ahmad, Supervising Attorney | Phone: (973) 596-4731 |
| Jerome N. Frank Legal Services Organization | LLustberg@gibbonslaw.com |
| P.O. Box 209090 | |
| New Haven, CT 06511 | |
| Phone: (203) 432-4800 | |
| muneer.ahmad@ylsclinics.org | |

| | |
|---|---|
| s/ Elora Mukherjee | s/ Dorothy Tegeler |
| Elora Mukherjee (EM 018282005) | Swapna Reddy, Esq. |
| Morningside Heights Legal Services, Inc. | Dorothy Tegeler, Esq. |
| Columbia Law School | Liz Willis, Esq. |
| 435 West 116th Street | Doug Lasdon, Supervising Attorney |
| New York, NY 10027 | Asylum Seeker Advocacy Project (ASAP) |
| Phone: (212) 854-4291 | Urban Justice Center |
| EMukherjee@law.columbia.edu | 40 Rector Street, 9th Floor |
| | New York, New York 10006 |
| | Phone: (646) 602-5600 |
| | dlason@urbanjustice.org |

*Counsel for Plaintiffs*

CRAIG CARPENITO
United States Attorney

By: s/ Daniel W. Meyler

DANIEL W. MEYLER
Assistant United States Attorney
970 Broad Street, Suite 700
Newark, NJ 07102
(973) 645-2719
Daniel.meyler@usdoj.gov

KRISTIN L. VASSALLO
Assistant United States Attorney
970 Broad Street, Suite 700
Newark, NJ 07102
(973) 645-2835
Kristin.vassallo@usdoj.gov

KRUTI D. DHARIA
Assistant United States Attorney
970 Broad Street, Suite 700
Newark, NJ 07102
(973) 645-2891
Kruti.dharia@usdoj.gov

*Counsel for Defendant*