CRAIG CARPENITO
United States Attorney
DANIEL W. MEYLER
KRUTI D. DHARIA
Assistant United States Attorneys
970 Broad Street, Suite 700
Newark, New Jersey 07102
Tel.: (973) 645-2719
e-mail: daniel.meyler@usdoj.gov

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SUNY YANETH RODRIGUEZ ALVARADO & A.S.R., a minor, | Hon. Steven C. Mannion |
| *Plaintiffs,* | *Civil Action No.* 16-5028 (SCM) |
| v. | |
| UNITED STATES OF AMERICA, | NOTICE OF MOTION FOR MODIFICATION OF ORDER |
| *Defendant.* | (ECF NO. 86) |

PLEASE TAKE NOTICE, that on January 22, 2019 at 10:00 AM, or as soon thereafter as counsel may be heard, CRAIG CARPENITO, United States Attorney for the District of New Jersey (DANIEL W. MEYLER and KRUTI D. DHARIA, Assistant U.S. Attorneys, appearing) as attorneys for the United States of America, will move before this Court under Rule 60 of the Federal Rules of Civil Procedure and under Local Civil Rule 7.1, requesting reconsideration of certain portions of the Court's December 17, 2018 order (ECF No. 86). In support of this motion, the United States respectfully refers the Court to the accompanying memorandum of law and exhibits.

                                              CRAIG CARPENITO
                                              UNITED STATES ATTORNEY

                            BY: *s/ Daniel W. Meyler*
                                  Daniel W. Meyler
                                  Kruti D. Dharia
                                  Assistant United States Attorneys

Dated: December 21, 2018