## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF
## NEW JERSEY

| | |
|---|---|
| SUNY YANETH RODRIGUEZ ALVARADO, and A.S.R., a minor, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES of AMERICA, <br><br> Defendant. | Civil Action <br><br> 2:16-cv-5028 –SCM <br><br> **CONSENT ORDER APPROVING SETTLEMENT AND DISMISSAL OF ACTION** |

**IT IS** on this ___2/22/19___,

1. **ORDERED** that the Court's orders of December 17, 2018, ECF No. 85 and 86, are hereby vacated; and it is further

2. **ORDERED** that the Settlement by and between Plaintiffs and Defendants as set forth in the Stipulation of Compromise, Settlement, and Release, ECF No. 79-4, is hereby approved; and it is further

3. **ORDERED** that the gross settlement of $125,000 shall be mailed by Defendant United States of America to Gibbons, P.C., local counsel for plaintiffs no later than 10 days from the receipt of the funds by the U.S. Attorney's Office for the District of New Jersey from the U.S. Treasury; and it is further

4. **ORDERED** that the net recovery of $93,750.00 for A.S.R., shall be deposited by Gibbons, P.C. into an irrevocable trust in the name of A.S.R. with "Orange Bank & Trust Company," pursuant to the terms outlined in "A.S.R. Trust of 2018," ECF No.

90-2, within 30 days of receipt of funds from Defendant; and it is further

5. **ORDERED** that the management of the funds will be in accordance with the terms set forth in "A.S.R. Trust of 2018," ECF No. 90-2, and that prior to making any request to withdraw any monies from said Trust, Ms. Rodriguez Alvarado shall consult with Jose Rafael Sanchez Villatoro, A.S.R.'s father, and notify him by written instrument, as to the purposes for which any such payment is to be made; and it us further

6. **ORDERED** that this action is hereby dismissed with prejudice, with all parties bearing their own costs and fees, including attorneys' fees.

_____
HON. STEVEN C. MANNION